JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIO ALBA,**<br><br>Plaintiff-Respondent,<br><br>v.<br><br>**XPO CARTAGE, INC. F/K/A PACER CARTAGE, INC.,**<br><br>Defendant-Appellant. | Case No. CV15-03830-WDK (AGRx)<br><br>[Consolidated with:<br><br>Case No. 2:15-cv-06059-WDK (AGRx) – Jose Alba v. Pacer Cartage, Inc.<br><br>Case No. 2:15-cv-06062-WDK (AGRx) – Jose Peraza v. Pacer Cartage, Inc.<br><br>Case No. 2:15-cv-06064-WDK (AGRx) – Mario Alba v. Pacer Cartage, Inc.<br><br>Case No. 2:15-cv-06065-WDK (AGRx) – Mauricio Rodriguez v. Pacer Cartage, Inc.]<br><br>**JUDGMENT** |

Judgment is hereby entered in favor of plaintiffs Jose A. Ramirez, Jose Alba, Jose Peraza, Mario Alba and Mauricio Rodriguez, and against defendant Pacer Cartage, Inc., also known as XPO Cartage, Inc. f/k/a Pacer Cartage, Inc.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendant Pacer Cartage, Inc., also known as XPO Cartage, Inc. f/k/a Pacer Cartage, Inc., shall pay the below-named plaintiffs the following damages

amounts:[1]

    Jose A. Ramirez: $203,369.49

    Jose Alba: $165,963.27

    Jose Peraza: $207,079.19

    Mario Alba: $95,319.84

    Mauricio Rodriguez: $286,927.48

Plaintiffs may submit motions for costs and attorneys' fees within fourteen (14) days.

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendant in this matter.

Dated: May 16, 2017

_____
William Keller
United States District Judge

---

[1] Damages amounts are calculated pursuant to the accounting in "Plaintiffs'-Respondents' Post-Trial Brief Exhibit A" filed on March 2, 2017. [Doc. No. 72-1.]